

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PHILLIP JOHN MANNING, | § | |
| | | No. 08-23-00048-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 368th Judicial District Court |
| THE STATE OF TEXAS, | § | |
| | | of Williamson County, Texas |
| Appellee. | § | |
| | | (TC# 15-0954-K368) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF NOVEMBER 2023.

LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)